

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00338-CV

**IN RE** Allen Jackie **JONES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
                Patricia O. Alvarez, Justice
                Jason Pulliam, Justice

Delivered and Filed:  June 15, 2016

PETITION FOR WRIT OF MANDAMUS DENIED

On May 31, 2016, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013-CI-04328, styled *In re Marriage of Tetyana Jones and Allen Jackie Jones*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.